**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            *Plaintiff*,<br><br>v.<br><br>DAVID NEIL DUNN, a/k/a<br>David Neil Dunn, Jr.,<br><br>            *Defendant*. | Case No. CR-20-085-RAW |

**PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the Unopposed Motion of the United States for a Preliminary Order of Forfeiture, filed November 16, 2020. The Court finds that, as a result of the guilty plea of defendant David Neil Dunn, a/k/a David Neil Dunn, Jr., to Count Two of the Indictment filed September 11, 2020, in which the government sought forfeiture, the motion should be granted.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), a preliminary order of forfeiture shall be entered whereby the following firearm is preliminarily forfeited to the United States and the forfeiture of such firearm shall be made part of the defendant's sentence and included in the judgment:

- One (1) Mossberg, O.F. & Sons, Model 702 "Plinkster", .22 caliber semi-automatic rifle, serial number ELI3507687.

The United States shall publish notice of this Order and its intent to dispose of the firearm pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6). The United States shall also send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

Upon the entry of this Order, the United States is authorized to seize or retain custody of the firearm in accordance with Fed. R. Crim. P. 32.2(b)(3).

Any person, other than the defendant, asserting a legal interest in the firearm may, within thirty (30) days of the final publication of notice or the receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the alleged interest.

Following the Court's disposition of any petition timely filed, a final order of forfeiture of the firearm shall be entered. If no third party files a timely petition, this Order shall become the final order of forfeiture as provided by Fed. R. Crim. P. 32.2(c)(2) and all right, title and interest would vest in the United States for disposition according to law.

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the Motion of the United States for Preliminary Order of Forfeiture is granted and the firearm is preliminarily forfeited to the United States.

IT IS FURTHER ORDERED that the United States shall initiate proceedings necessary to protect third-party interests, if any, pursuant to and in accordance with Rule 32.2.

**Dated this 19th day of November, 2020.**

*/s/ Ronald A. White*

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE